■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID J. HALL, Appellant. [948 NYS2d 841]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Judith S. Lieb, J.), rendered on or about February 18, 2009, said appeal having been argued by counsel for the respective parties, due delibera- tion having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so ap- pealed from be and the same is hereby affirmed. Concur— Andrias, J.P., Friedman, Sweeny, Manzanet-Daniels and Román, JJ.